### JAHN *v.* FAHEY.[1]

APPEAL—EVIDENCE—FORECLOSURE OF MORTGAGE—FORGED SIGNATURE.

A decree of foreclosure, rendered on conflicting evidence as to whether the purported signature of defendant to the mortgage in suit was a forgery, was affirmed.

Appeal from Wayne; Waite, J. Submitted April 11, 1900. Decided April 24, 1900.

Bill by Julius Jahn, Jr., against Sarah J. Fahey, to foreclose a mortgage. From a decree for complainant, defendant appeals. Affirmed.

*William E. Walsh*, for complainant.

*Jonathan Palmer, Jr.* (*Fred H. Aldrich*, of counsel), for defendant.

---

[1] Rehearing denied June 18, 1900.

PER CURIAM. This is a bill to foreclose a mortgage executed by the defendant. The sole defense is that the mortgage and note were forged. The court below entered a decree for the complainant. The testimony was in direct conflict. A discussion of it would be unprofitable. We think the court below reached the correct conclusion.

Decree affirmed, with costs.